IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| JOMO K. WYATT, | : | |
| | : | |
|    Plaintiff, | : | |
| | : | No. 5:24-CV-403 (CAR) |
| v. | : | |
| | : | |
| UNITED STATES DEPARTMENT OF | : | |
| VETERAN'S AFFAIRS and DUBLIN | : | |
| VAMC, | : | |
| | : | |
|    Defendants. | : | |
| _____ | : | |

**ORDER EXTENDING TIME TO PERFECT SERVICE**

Plaintiff Jomo K. Wyatt, proceeding *pro se*, filed a response to this Court's Order to Show Cause why his case should not be dismissed for failure to perfect service. The Court will extend the time of service.

As this Court has twice informed Plaintiff, he must perfect service on the United States by sending one copy of the summons and Complaint personally or by certified or registered mail to the United States Attorney for the Middle District of Georgia, <u>AND</u> by certified or registered mail to the Attorney General of the United States addressed as follows:

    United States Attorney
    Middle District of Georgia
    ATTN: Civil Process Clerk
    300 Mulberry Street, Suite 400

>Macon, Georgia 31202-1702
>
>Attorney General of the United States
>U.S. Department of Justice
>950 Pennsylvania Avenue, NW
>Washington, DC 20530-0001

Plaintiff is **DIRECTED** to submit proof of service to BOTH the United States Attorney for the Middle District of Georgia AND the Attorney General of the United States to the Court **within 14 days of the date of this Order**. If Plaintiff fails to perfect service, this action will be dismissed without prejudice.

   **SO ORDERED,** this 7th day of July, 2025.

>S/ C. Ashley Royal
>C. ASHLEY ROYAL, SENIOR JUDGE
>UNITED STATES DISTRICT COURT