**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | | |
|---|---|---|
| **JOMO K. WYATT,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **No. 5:24-CV-403 (CAR)** |
| | : | |
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

**<u>ORDER DISMISSING PLAINTIFF'S MOTIONS TO COMPEL</u>**

Before the Court are *pro se* Plaintiff Jomo K. Wyatt's Motions to Compel. As explained below, the Court **DISMISSES** Plaintiff's Motions [Docs. 46 & 47] for failure to abide by the Court's Scheduling and Discovery Order. The Court, however, will address Plaintiff's concerns in the status hearing to be held before this Court on June 23, 2026, at 10:00 a.m., in Courtroom D of the William Bootle Federal Building and U.S. Courthouse in Macon, Georgia.

In filing the Motions to Compel, Plaintiff has violated the Scheduling and Discovery Order in which the Court orders that "[b]efore moving for an order relating to discovery, including motions to compel or contested motions for protective orders, the movant must contact Beverly Lillie, Courtroom Deputy (478.752.0739 or

Beverly_lillie@gamd.uscourts.gov) to request a telephone conference with the Court."[1]

Plaintiff did not contact Ms. Lillie for a telephone conference before filing his Motions.

Although Plaintiff is proceeding *pro se*, he still must comply with the federal rules and

this Court's local rules.[2]  Although the Court dismisses Plaintiff's Motions, the Court will

address the concerns Plaintiff raises in his Motions at the status hearing on June 23, 2026.

**SO ORDERED,** this 15th day of June, 2026.

S/ C. Ashley Royal_____
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] Scheduling Order, p. 5 [Doc. 43].

[2] *See Loren v. Sasser*, 309 F.3d 1296, 1304 (11th Cir. 2002) (noting that despite certain leniency afforded *pro se* parties, they must follow procedures); *Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir. 1989) (holding that a *pro se* litigant "is subject to the relevant law and rules of court, including the Federal Rules of Civil Procedure.").